UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| EXQUISITE QUARTERS, LLC | * | Chapter 11<br>Case No.:24-16212-LSS |
| | * | |
| Debtor-in-Possession | | |

\*     \*     \*     \*     \*     \*     \*     \*

**MOTION TO EXTEND TIME TO FILE
CHAPTER 11 SCHEDULES, SUMMARY OF SCHEDULES,
AND STATEMENT OF FINANCIAL AFFAIRS**

Exquisite Quarters, LLC., the debtor and debtor-in-possession (the "Debtor"), by and through undersigned counsel, pursuant to Federal Rules of Bankruptcy Procedure 1007(c) and 9006(b)(1) files this Motion to Extend Time to File Chapter 11 Schedules, Summary of Schedules, and Statement of Financial Affairs (the "Motion") and in support thereof states as follows:

1.     The Bankruptcy Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 1334(b) and 157(b).  This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. § 1409.

2.     On July 25, 2024, (the "Petition Date"), the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Reform Act of 1978, as amended (the "Code"). Therefore, pursuant to Fed. R. Bankr. P. 1007(c), the schedules, summary of schedules, the statement of financial affairs are due to be filed on or before August 8, 2024.  The Debtor requests a fourteen (14) day extension of time for reasons set forth below.

3.     The Debtor has been unable to assemble all the necessary information and documents to finalize the Schedules and Statement of Financial Affairs.  The Debtor is in the

process of assembling the necessary information. Some information has been provided to counsel but the Debtor needs additional time to provide the remaining information to counsel. Additionally, counsel and the firm's paralegal have been out of the office ill and therefore, unable to finalize the Schedules and Statement of Financial Affairs.

4. Pursuant to Fed. R. Bankr. P. 1007(c), the Court may enter an Order extending time to file the schedules, summary of schedules, and the statement of financial affairs for good cause. The Debtor submits that cause exists as the Debtor has been attempting to collect all the information but has not yet been able to assemble all of the needed information.

5. Creditors will not be prejudiced by this brief extension as the first meeting of creditors is not scheduled until August 26, 2024.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order that:

A. Extends the time for filing the Chapter 11 Schedules, Summary of Schedules, and Statement of Financial Affairs through August 22, 2024; and

B. Grants such other and further relief as justice and equity demand.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, Maryland 20852
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Exquisite Quarters, LLC*

**Certificate of Service**

      I HEREBY CERTIFY that on the 8th day of August, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, Motion to Extend Time to File Chapter 11 Schedules, Summary of Schedules, and Statement of Financial Affairs, was service via ECF on:

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

Lynn Kohen, Esquire
Lynn.A.Kohen@usdoj.gov

Maurice B. Verstandig, Esq.
mac@mbvesq.com

    \s\ Richard B. Rosenblatt
    Richard B. Rosenblatt

3