UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:                                              *

    EXQUISITE QUARTERS, LLC      *       Chapter 11
                                                                     Case No.:24-16212-LSS
                                                                *

    Debtor-in-Possession
\*    \*    \*    \*    \*    \*    \*    \*

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE
CHAPTER 11 SCHEDULES, SUMMARY OF SCHEDULES,
AND STATEMENT OF FINANCIAL AFFAIRS**

Upon Consideration of Debtor's Motion to Extend Time to File Chapter 11 Schedules, Summary of Schedules, and Statement of Financial Affairs (the "Motion") and any opposition thereto, the Court having concluded that good cause exists for the relief requested, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Debtor shall file its Chapter 11 Schedules, Summary of Schedules, and Statement of Financial Affairs on or before August 22, 2024.

Copies:

Richard B. Rosenblatt, Esquire
rrosenblatt@rosenblattlaw.com

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

Lynn Kohen, Esquire
Lynn.A.Kohen@usdoj.gov

Maurice B. Verstandig, Esq.
mac@mbvesq.com

**End of Order**