United States Bankruptcy Court
District of Maryland

| In re: | Case No. 24-16212-LSS |
|---|---|
| Exquisite Quarters, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Exquisite Quarters, LLC, 20631 Highland Hall Drive, Montgomery Village, MD 20886-4023 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Linda M. Dorney | ldorney@rosenblattlaw.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

District/off: 0416-0                     User: admin                              Page 2 of 2
Date Rcvd: Aug 15, 2024                  Form ID: pdfparty                        Total Noticed: 2

Richard B. Rosenblatt
        rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com

US Trustee - Greenbelt
        USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 5

Entered: August 15th, 2024
Signed: August 13th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| EXQUISITE QUARTERS, LLC | * | Chapter 11<br>Case No.: |
| | * | |
| Debtor-in-Possession | | |

\* \* \* \* \* \* \*

### ORDER GRANTING APPLICATION
### TO APPROVE EMPLOYMENT OF ATTORNEYS

UPON THE APPLICATION of EXQUISITE QUARTERS, LLC., the Debtor-in-Possession herein, requesting approval of its employment of Richard B. Rosenblatt, Esquire, Linda M. Dorney, Esquire, and the Law Offices of Richard B. Rosenblatt, PC., as attorneys for the estate, and it appearing that said attorneys are disinterested persons as defined in the United States Bankruptcy Code, and sufficient cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED,** that the employment by the Debtor-in-Possession of Richard B. Rosenblatt, Esquire, Linda M. Dorney, Esquire, and the Law Offices of Richard B. Rosenblatt, PC., to render professional services detailed in the Application to Approve Employment of Attorneys be, and hereby is, **APPROVED**; and it is further

**ORDERED**, that all awards of compensation are subject to approval by this Court after application thereof.

Copies:

Richard B. Rosenblatt, Esquire
rrosenblatt@rosenblattlaw.com

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

**End of Order**