IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| IN RE:<br><br>ESQUISITE QUARTERS, LLC,<br><br>Debtor | Case No.: 24-16212-LSS<br>Chapter 11 |

NOTICE OF RESCHEDULED
SECTION 341 MEETING OF CREDITORS

The Section 341 meeting of creditors has been rescheduled in this case to September 19, 2024, at 1:00 p.m. via Conference Call.   Phone number 1-866-917-2026. Passcode 2926742#.

Dated: 9/12/24

GERARD R. VETTER
Acting United States Trustee, Region 4

By Counsel

/s/ Lynn A. Kohen
Lynn A. Kohen, Bar No. 10025
Trial Attorney
6305 Ivy Lane, Suite 600
Greenbelt, MD   20770
(301) 344-6216
Fax: (301) 344-8431
Email: lynn.a.kohen@usdoj.gov

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12th day of September 2019, a copy of the Notice of Reschedule Section 341 Meeting of Creditors was served either by ECF notification to

- **Linda M. Dorney**     ldorney@rosenblattlaw.com
- **Lynn A. Kohen**     lynn.a.kohen@usdoj.gov
- **Richard B. Rosenblatt**     rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com;sgonzalez@rosenblattlaw.com;wilbertrr41309@notify.bestcase.com
- **US Trustee - Greenbelt**     USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

And by first-class mail to the creditor on the attached mailing matrix that did not receive service by ECT notification.

                                                   */s/ Lynn A. Kohen*
                                                   Lynn A. Kohen