```
Label Matrix for local noticing          (p)U S SECURITIES AND EXCHANGE COMMISSION   (p)COMPTROLLER OF MARYLAND
0416-0                                   ATLANTA REG OFFICE AND REORG                BANKRUPTCY UNIT
Case 24-16212                            950 E PACES FERRY RD NE STE 900             7 ST PAUL STREET SUITE 230
District of Maryland                     ATLANTA GA 30326-1382                       BALTIMORE MD 21202-1626
Greenbelt
Thu Sep 12 15:58:38 EDT 2024

Linda M. Dorney                          Exquisite Quarters, LLC                     (p)INTERNAL REVENUE SERVICE
The Law Offices of Richard B. Rosenblatt 20631 Highland Hall Drive                   CENTRALIZED INSOLVENCY OPERATIONS
30 Courthouse Square Ste. 302            Montgomery Village, MD 20886-4023           PO BOX 7346
Rockville, MD 20850-2378                                                             PHILADELPHIA PA 19101-7346


Lynn A. Kohen                            Lendr                                       MONTGOMERY VILLAGE FOUNDATION & STEDWICK HC
U.S. Trustee Office                      670 N. Clark Street, Floor 2                10120 APPLE RIDGE ROAD
6305 Ivy Lane, Suite 600                 Chicago, IL 60654-3736                      MONTGOMERY VILLAGE, MD 20886-1000
Greenbelt, MD 20770-6305


Montgomery Village Foundation & Stedwick Richard B. Rosenblatt                       Secretary of the Treasury
10120 Apple Ridge Road                   The Law Offices of Richard B. Rosenblatt    15th and Pennsylvania Ave., N.W.
Montgomery Village, MD 20886-1000        30 Courthouse Square Ste. 302               Washington, DC 20220-0001
                                         Rockville, MD 20850-2378


State of Maryland DLLR                   Taxing Authority of Montgomery County       (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M
Division of Unemployment Insurance       Division of Treasury                        36 S CHARLES STREET FOURTH FLOOR
1100 N. Eutaw Street, Room 401           255 Rockville Pike, Ste.  L-15              BALTIMORE MD 21201-3020
Baltimore, MD 21201-2226                 Rockville, MD 20850-4188


U.S. Trustee                             US Trustee - Greenbelt                      Maurice Belmont VerStandig
Office of The United States Trustee      6305 Ivy Lane, Suite 600                    The VerStandig Law Firm, LLC
6305 Ivy Lane                            Greenbelt, MD 20770-6305                    9812 Falls Road
Suite 600                                                                            #114-160
Greenbelt, MD 20770-6305                                                             Potomac, MD 20854-3976


WCP Fund I LLC                           WCP Fund I LLC as Servicer for Pacific RBLF
c/o Russell S. Drazin, Esq.              c/o The VerStandig Law Firm, LLC
Pardo & Drazin, LLC                      1452 W. Horizon Ridge Pkwy
4400 Jennifer Strret, NW, Suite 2        #665
Washington, DC 20015-2089                Henderson, NV 89012-4422
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Branch of Reorganization                 Comptroller of Maryland                     Internal Revenue Service
Sec. & Exch. Commission                  Bankruptcy Unit                             31 Hopkins Plaza, Room 1150
3475 Lenox Road NE (Suite 1000)          301 W Preston St Room 409                   Baltimore, MD 21201
Atlanta, GA 30327-1232                   Baltimore, MD 21201-2396


(d)Internal Revenue Service              (d)Office of the Comptroller of Maryland    U.S. Attorney-District of MD
Centralized Insolvency Section           Bankruptcy Unit                             4th floor
PO Box 21126 (DP-N-781)                  7 St. Paul Street, Suite 230                36 S. Charles St.
Philadelphia, PA 19114                   Baltimore, MD 21202                         Baltimore, MD 21201
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)For Internal Use Only                    End of Label Matrix
                                            Mailable recipients    19
                                            Bypassed recipients     1
                                            Total                  20