UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:                                          *

    EXQUISITE QUARTERS, LLC    *    Chapter 11
                                                           Case No.:24-16212-LSS
                                                   *

    Debtor-in-Possession
*   *   *   *   *   *   *   *

**SECOND NOTICE OF RESCHEDULED
SECTION 341 MEETING OF CREDITORS**

The Section 341 meeting of creditors has been rescheduled in this case to **September 23, 2024 at 11:00 am** via conference call.  The Call-in number is 1-866-917-2025 and the Passcode is 2926743#.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, Maryland 20852
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Exquisite Quarters, LLC*

## Certificate of Service

I HEREBY CERTIFY that on the 18th day of September, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, Second Notice of Rescheduled Section 341 Meeting of Creditors, was served via ECF on:

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

Lynn Kohen, Esquire
Lynn.A.Kohen@usdoj.gov

Maurice B. Verstandig, Esq.
mac@mbvesq.com

I HEREBY FURTHER CERTIFY that on the 18th day of September, 2024, copy of the foregoing, Second Notice of Rescheduled Section 341 Meeting of Creditors, was served via first class mail, postage pre-paid on:

Comptroller of Maryland
Bankruptcy Unit
301 W Preston St Room 409
Baltimore, MD 21201-2396

Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, Maryland 21201

Hermann Gbobai
20631 Highland Hall Drive
Montgomery Village, Maryland 20886

Lendr
670 N. Clark Street, Floor 2
Chicago, Illinois 60654

Montgomery Village Foundation
10120 Apple Ridge Road
Montgomery Village, Maryland 20886

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt