# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br>EXQUISITE QUARTERS, LLC | CASE NO: 24-16212<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 20 |

On 10/11/2024, I did cause a copy of the following documents, described below,

Stay Relief Motion and Notice ECF Docket Reference No. 20

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/11/2024

/s/ Maurice VerStandig
Maurice VerStandig  18071

The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD  20854
301 444 4600
mac@mbvesq.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

EXQUISITE QUARTERS, LLC

CASE NO: 24-16212

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 20

On 10/11/2024, a copy of the following documents, described below,

Stay Relief Motion and Notice ECF Docket Reference No. 20

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/11/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD  20854

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-16212<br>DISTRICT OF MARYLAND<br>FRI OCT 11 9-1-28 PST 2024 | EXQUISITE QUARTERS   LLC<br>20631 HIGHLAND HALL DRIVE<br>MONTGOMERY VILLAGE  MD 20886-4023 | ~~(U)FOR INTERNAL USE ONLY~~ |
| US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>6305 IVY LANE<br>SUITE 600<br>GREENBELT   MD 20770-6305 | WCP FUND I LLC AS SERVICER FOR PACIFIC RBLF<br>CO THE VERSTANDIG LAW FIRM   LLC<br>1452 W HORIZON RIDGE PKWY 665<br>HENDERSON   NV 89012-4422 | (P)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| (P)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | ~~EXCLUDE~~<br>~~(D)(P)INTERNAL REVENUE SERVICE~~<br>~~CENTRALIZED INSOLVENCY OPERATIONS~~<br>~~PO BOX 7346~~<br>~~PHILADELPHIA PA 19101-7346~~ |
| LENDR<br>670 N CLARK STREET   FLOOR 2<br>CHICAGO   IL 60654-3736 | MONTGOMERY VILLAGE FOUNDATION   STEDWICK HC<br>10120 APPLE RIDGE ROAD<br>MONTGOMERY VILLAGE  MD 20886-1000 | MONTGOMERY VILLAGE FOUNDATION   STEDWIC<br>10120 APPLE RIDGE ROAD<br>MONTGOMERY VILLAGE  MD 20886-1000 |
| ~~EXCLUDE~~<br>~~(D)(P)COMPTROLLER OF MARYLAND~~<br>~~BANKRUPTCY UNIT~~<br>~~7 ST PAUL STREET SUITE 230~~<br>~~BALTIMORE MD 21202-1626~~ | SECRETARY OF THE TREASURY<br>15TH AND PENNSYLVANIA AVE   NW<br>WASHINGTON   DC 20220-0001 | STATE OF MARYLAND DLLR<br>DIVISION OF UNEMPLOYMENT INSURANCE<br>1100 N EUTAW STREET   ROOM 401<br>BALTIMORE   MD 21201-2226 |
| TAXING AUTHORITY OF MONTGOMERY COUNTY<br>DIVISION OF TREASURY<br>255 ROCKVILLE PIKE   STE   L-15<br>ROCKVILLE   MD 20850-4188 | (P)US ATTORNEYS OFFICE FOR THE DISTRICT OF MARYLAND<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 | US TRUSTEE   GREENBELT<br>6305 IVY LANE   SUITE 600<br>GREENBELT   MD 20770-6305 |
| WCP FUND I LLC<br>CO RUSSELL S DRAZIN   ESQ<br>PARDO   DRAZIN   LLC<br>4400 JENNIFER STRRET   NW   SUITE 2<br>WASHINGTON   DC 20015-2089 | WCP FUND I LLC AS SERVICER FOR PACIFIC RBLF FUNDING TRUST<br>CO THE VERSTANDIG LAW FIRM   LLC<br>9812 FALLS ROAD   114-160<br>POTOMAC   MARYLAND 20854-3976 | LINDA M DORNEY<br>THE LAW OFFICES OF RICHARD B ROSENBLAT<br>30 COURTHOUSE SQUARE STE 302<br>ROCKVILLE   MD 20850-2378 |
| RICHARD B ROSENBLATT<br>THE LAW OFFICES OF RICHARD B ROSENBLATT<br>30 COURTHOUSE SQUARE STE 302<br>ROCKVILLE   MD 20850-2378 | | |