IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-16212-LSS |
| | ) | (Chapter 11) |
| Exquisite Quarters, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust | ) ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Exquisite Quarters, LLC | ) | |
| | ) | |
| Respondent. | ) | |

## **WITNESS AND EXHIBIT LIST**

Comes now WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust ("WCP"), by and through undersigned counsel, pursuant to Local Rule 4001-1(e), and furnishes this list of exhibits to be relied upon, and witnesses to be called, at a hearing on Monday, November 18, 2024, at 2:00 pm, on WCP's motion seeking relief from the automatic stay set forth in Section 362 of Title 11 of the United States Code to permit WCP to exercise remedies against the real property located at 19117 N. Kindly Court, Montgomery Village, Maryland 20886 (the "Motion," as found at DE #26):

**I.     Witnesses**

a. A records custodian of WCP.

b. Any witness called by the debtor.

1

**II.     Exhibits**

1. The proof of claim filed by WCP herein, as found at entry number 3 in the claims register.

2. Schedule A/B, as found at pages 3-5 of docket entry 15 in this case.

3. Schedule A/B from the debtor's prior bankruptcy case, as found at pages 2-5 of docket entry 15 therein.

                                                          Respectfully submitted,

Dated: November 15, 2024           By:   /s/ Maurice B. VerStandig
                                                          Maurice B. VerStandig, Esq.
                                                          Bar No.: 18071
                                                          The VerStandig Law Firm, LLC
                                                          1452 W. Horizon Ridge Pkwy, #665
                                                          Henderson, Nevada 89012
                                                          Phone/Fax: (301) 444-4600
                                                          E-mail: mac@mbvesq.com
                                                          *Counsel for WCP Fund I LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Linda M. Dorney     ldorney@rosenblattlaw.com
- Lynn A. Kohen     lynn.a.kohen@usdoj.gov
- Richard B. Rosenblatt     rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com;sgonzalez@rosenblattlaw.com;wilbertrr41309@notify.bestcase.com
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                                          /s/ Maurice B. VerStandig
                                                          Maurice B. VerStandig, Esq.