

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-16212-LSS |
| | ) | (Chapter 11) |
| Exquisite Quarters, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust | ) ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Exquisite Quarters, LLC | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Upon consideration of the Motion for Relief from the Automatic Stay (the "Motion," as found at DE #20) filed by WCP Fund I LLC as servicer for Pacific RBLF Funding Trust ("WCP"), the lack of timely opposition thereto, the authorities cited therein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

1

2

ORDERED, that WCP may pursue any and all forms of in rem relief against the real property commonly known as 19117 N. Kindly Court, Montgomery Village, Maryland 20886, together with any improvements thereupon (the "Property"), including a foreclosure of the Property; and it is further

ORDERED, that WCP may retain the proceeds of any sale (whether by way of foreclosure, auction, or otherwise) of the Property, without accounting to this Honorable Court for the same, so long as such proceeds do not exceed the sum of the obligation of Exquisite Quarters, LLC to WCP.

Copies:

Linda M. Dorney, Esq.
The Law Offices of Richard B. Rosenblatt
30 Courthouse Square Ste. 302
Rockville, MD 20850
Email: ldorney@rosenblattlaw.com

Richard B. Rosenblatt, Esq.
The Law Offices of Richard B. Rosenblatt
30 Courthouse Square Ste. 302
Rockville, MD 20850
Email: rrosenblatt@rosenblattlaw.com

Exquisite Quarters, LLC
20631 Highland Hall Drive
Montgomery Village, MD 20886

Lynn A. Kohen, Esq.
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Email: lynn.a.kohen@usdoj.gov

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com