United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-16212-LSS
Exquisite Quarters, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2
Date Rcvd: Dec 05, 2024      Form ID: pdfall      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Exquisite Quarters, LLC, 20631 Highland Hall Drive, Montgomery Village, MD 20886-4023 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32701239 | | ACE American Insurance Company c/o Chubb, 202A Hall's Mill Road - 2E, Whitehouse Station, NJ 08889 |
| 32701235 | | ACE Property & Casualty Ins. Co. c/o Chubb, 202A Hall's Mill Road - 2E, Whitehouse Station, NJ 08889 |
| 32605500 | + | Lendr, 670 N. Clark Street, Floor 2, Chicago, IL 60654-3736 |
| 32612447 | + | MONTGOMERY VILLAGE FOUNDATION & STEDWICK HC, 10120 APPLE RIDGE ROAD, MONTGOMERY VILLAGE, MD 20886-1000 |
| 32605501 | + | Montgomery Village Foundation & Stedwick, 10120 Apple Ridge Road, Montgomery Village, MD 20886-1000 |
| 32606694 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32605502 | + | WCP Fund I LLC, c/o Russell S. Drazin, Esq., Pardo & Drazin, LLC, 4400 Jennifer Strret, NW, Suite 2, Washington, DC 20015-2089 |
| 32672835 | + | WCP Fund I LLC as Servicer for, Pacific RBLF Funding Trust, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32606690 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 05 2024 19:09:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32605498 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 05 2024 19:09:00 | Comptroller of Maryland, Bankruptcy Unit, 301 W Preston St Room 409, Baltimore, MD 21201-2396 |
| 32605499 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2024 19:09:00 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 |
| 32606689 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Dec 05 2024 19:10:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32606688 | ^ | MEBN | Dec 05 2024 19:08:22 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 32606692 | | Email/Text: atlreorg@sec.gov | Dec 05 2024 19:10:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32606693 | | Email/Text: usamd.bankruptcy@usdoj.gov | Dec 05 2024 19:09:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Dec 05, 2024 Form ID: pdfall Total Noticed: 17

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| 32606691 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Linda M. Dorney | ldorney@rosenblattlaw.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard B. Rosenblatt | rrosenblatt@rosenblattlaw.com ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: December 5th, 2024
Signed: December 4th, 2024

**SO ORDERED**

The hearing is scheduled for January 8, 2025 at 10:00 a.m. via Video Conference. Please visit www.mdb.uscourts.gov/hearings (see Honorable Lori S. Simpson/All other hearings access/Morning Docket) to register and generate Zoom link for hearing participation.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24−16212 − LSS**   Chapter: **11**

**Exquisite Quarters, LLC**
Debtor

## ORDER SETTING STATUS CONFERENCE

After examination of the record, it appears to the Court that a plan was not filed by the Debtor within the exclusivity period established pursuant to 11 U.S.C. § 1121. The Court determines that this is an appropriate case for the court to conduct a status conference pursuant to 11 U.S.C. § 105(d). Accordingly, it is,

ORDERED, that the status conference will be held on the date and time set forth above, in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688).

ORDERED, that no later than fourteen (14) days before the scheduled hearing, counsel for the Debtor shall (i) serve a copy of this order upon the United States Trustee, all secured creditors or their counsel of record, and the ten (10) largest unsecured creditors or their counsel of record, together with a copy of debtor's agenda for the administration of this case, and (ii) file a certificate of such service with the Court.

ORDERED, that at the status conference the Court will take up the following matters, among others:

1. Preliminary outline of the plan to be filed by the Debtor.

2. Establishment of a date for the filing by the Debtor of a disclosure statement and plan.

3. Scheduling litigation that may be necessary to facilitate the processing of this case.

4. Setting a budget for compensation to be paid to counsel for the Debtor and any committee and any other professionals retained under an order of court.

5. Conversion of this case to a case under another chapter.

**End of Order**

04x11 (rev. 09/10/2020) − JanineHutchinson