Entered: December 9th, 2024
Signed: December 9th, 2024

**SO ORDERED**

The hearing is scheduled for January 8, 2025 at 10:00 a.m. via Video Conference. Please visit www.mdb.uscourts.gov/hearings (see Honorable Lori S. Simpson/All other hearings access/Morning Docket) to register and generate Zoom link for hearing participation.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **24–16212 – LSS**    Chapter: **11**

**Exquisite Quarters, LLC**
Debtor

## ORDER AND NOTICE OF A HEARING ON
## MOTION TO CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, TO DISMISS CASE

U.S. Trustee having filed a motion to convert or in the alternative dismiss case it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002–1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert or in the alternative dismiss will be held on the date and time set forth above, in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688); and it is further

ORDERED, that if no objection is filed by any party in interest to U.S. Trustee's motion to dismiss or in the alternative to convert within fourteen (14) days after the date a copy of this Order is served, the motion to dismiss or in the alternative to convert may be granted without a hearing.

cc:   Debtor

   Attorney for Debtor – Richard B. Rosenblatt
   Case Trustee – For Internal Use Only
   U.S. Trustee
   All creditors and parties in interest

**End of Order**

15x21 (rev. 05/02/2017) – JanineHutchinson