United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-16212-LSS

Exquisite Quarters, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2
Date Rcvd: Dec 09, 2024      Form ID: pdfall      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Exquisite Quarters, LLC, 20631 Highland Hall Drive, Montgomery Village, MD 20886-4023 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32701239 | | ACE American Insurance Company c/o Chubb, 202A Hall's Mill Road - 2E, Whitehouse Station, NJ 08889 |
| 32701235 | | ACE Property & Casualty Ins. Co. c/o Chubb, 202A Hall's Mill Road - 2E, Whitehouse Station, NJ 08889 |
| 32605500 | + | Lendr, 670 N. Clark Street, Floor 2, Chicago, IL 60654-3736 |
| 32612447 | + | MONTGOMERY VILLAGE FOUNDATION & STEDWICK HC, 10120 APPLE RIDGE ROAD, MONTGOMERY VILLAGE, MD 20886-1000 |
| 32605501 | + | Montgomery Village Foundation & Stedwick, 10120 Apple Ridge Road, Montgomery Village, MD 20886-1000 |
| 32606694 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32605502 | + | WCP Fund I LLC, c/o Russell S. Drazin, Esq., Pardo & Drazin, LLC, 4400 Jennifer Strret, NW, Suite 2, Washington, DC 20015-2089 |
| 32672835 | + | WCP Fund I LLC as Servicer for, Pacific RBLF Funding Trust, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Dec 09 2024 19:14:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 32606690 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 09 2024 19:14:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32605498 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 09 2024 19:14:00 | Comptroller of Maryland, Bankruptcy Unit, 301 W Preston St Room 409, Baltimore, MD 21201-2396 |
| 32605499 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2024 19:14:00 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 |
| 32606689 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Dec 09 2024 19:15:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32606688 | ^ | MEBN | Dec 09 2024 19:11:21 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 32606692 | | Email/Text: atlreorg@sec.gov | Dec 09 2024 19:14:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32606693 | | Email/Text: usamd.bankruptcy@usdoj.gov | Dec 09 2024 19:14:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 8

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdfall | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| 32606691 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2024               Signature:               /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Linda M. Dorney | ldorney@rosenblattlaw.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard B. Rosenblatt | rrosenblatt@rosenblattlaw.com ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: December 9th, 2024
Signed: December 9th, 2024

**SO ORDERED**

The hearing is scheduled for January 8, 2025 at 10:00 a.m. via Video Conference. Please visit www.mdb.uscourts.gov/hearings (see Honorable Lori S. Simpson/All other hearings access/Morning Docket) to register and generate Zoom link for hearing participation.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24−16212 − LSS**   Chapter: **11**

**Exquisite Quarters, LLC**
Debtor

### ORDER AND NOTICE OF A HEARING ON
### MOTION TO CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, TO DISMISS CASE

U.S. Trustee having filed a motion to convert or in the alternative dismiss case it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002−1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert or in the alternative dismiss will be held on the date and time set forth above, in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688); and it is further

ORDERED, that if no objection is filed by any party in interest to U.S. Trustee's motion to dismiss or in the alternative to convert within fourteen (14) days after the date a copy of this Order is served, the motion to dismiss or in the alternative to convert may be granted without a hearing.

cc:   Debtor
  Attorney for Debtor − Richard B. Rosenblatt
  Case Trustee − For Internal Use Only
  U.S. Trustee
  All creditors and parties in interest

**End of Order**

15x21 (rev. 05/02/2017) − JanineHutchinson