UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| EXQUISITE QUARTERS, LLC | * | Chapter 11<br>Case No.:24-16212-LSS |
| | * | |
| Debtor-in-Possession | | |

\* \* \* \* \* \* \*

## LINE CONSENTING TO DISMISSAL OF CHAPTER 11 CASE

Exquisite Quarters, LLC., the debtor and debtor-in-possession (the "Debtor"), by and through undersigned counsel, files this Line Consenting to Dismissal of Chapter 11 Case, and in support states as follows:

1. The Debtor consents to dismissal of its Single Asset Real Estate Chapter 11 Case. The automatic stay as to its major asset, the real property located in Gaithersburg has been lifted. The lender has scheduled a foreclosure sale of December 31, 2024.

2. The Debtor does not consent to conversion.  Conversion of this case serves no purpose as there is minimal unsecured debt.  Foreclosure of its property is unlikely to generate surplus proceeds to pay the two (2) unsecured creditors with claims.

3. Therefore conversion will simply cause unnecessary administrative expenses.[1]

---

[1] The Debtor has not communicated with counsel to assist in advancing this case.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, Maryland 20852
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Exquisite Quarters, LLC*

### Certificate of Service

I HEREBY CERTIFY that on the 24th day of December, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, Line Consenting to Dismissal of Chapter 11 Case, was service via ECF on:

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

Lynn Kohen, Esquire
Lynn.A.Kohen@usdoj.gov

Maurice B. Verstandig, Esq.
mac@mbvesq.com

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt