Entered: January 7th, 2025
Signed: January 6th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| In re:<br><br>**EXQUISITE QUARTERS, LLC,**<br><br>Debtor. | Case No. 24-16212-LSS<br>Chapter 11 |
|---|---|

## CONSENT ORDER DISMISSING CASE

Upon consideration of the Motion to Convert Case to Chapter 7 or, in the Alternative to Dismiss Case, with the consent of the Debtor and WCP Funding I LLC as Servicer for Pacific RBLP Funding Trust, and cause existing to dismiss the case; IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the above captioned case be and hereby is DISMISSED.

READ AND CONSENT TO:

/s/ Lynn A. Kohen
Lynn A. Kohen, Bar No. 10025
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Email: Lynn.a.kohen@usdoj.gov

/*s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*


/*s/ Linda A. Dorney*
Linda M. Dorney, #12874
The Law Offices of Richard B. Rosenblatt, PC
30 Courthouse Square, Suite 302
Rockville, MD 20852
301-838-0098
ldorney@rosenblatt.com
*Counsel for Exquisite Quarters, LLC*

Copies to:

Lynn A. Kohen   lynn.a.kohen@usdoj.gov
Linda M. Dorney      ldorney@rosenblattlaw.com
Richard B. Rosenblatt      rrosenblatt@rosenblattlaw.com,
ldorney@rosenblattlaw.com;sgonzalez@rosenblattlaw.com;wilbertrr41309@notify.bestcase.com
US Trustee - Greenbelt      USTPRegion04.GB.ECF@USDOJ.GOV
Maurice Belmont VerStandig      mac@mbvesq.com,
lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


Exquisite Quarters, LLC
20631 Highland Hall Drive
Montgomery Village, MD 20886

ACE American Insurance Company
c/o Chubb
202A Hall's Mill Road – 2E
Whitehouse Station, NJ 08880

US SEC
Atlanta Reg Office and Reorg
950 E. Paces Ferry Road, NE
Suite 900

Atlanta, GA 30326-1382

Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street
Suite 230
Baltimore, MD 21202-1626

IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Montgomery Village Foundation & Stedwick
10120 Apple Ridge Road
Montgomery Village, MD 20886-1000

Lendr
670 N. Clark Street
Floor 2
Chicago, IL 60654-3736

State of Maryland
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Suite L-15
Rockville, MD 20850-4188

US Attorney Office of the District of Maryland
35 S. Charles Street
4th Floor
Baltimore, MD 21201-3020

**END OF ORDER**