United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-16212-LSS |
| Exquisite Quarters, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 07, 2025 | Form ID: pdfdbtr | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Exquisite Quarters, LLC, 20631 Highland Hall Drive, Montgomery Village, MD 20886-4023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Linda M. Dorney | ldorney@rosenblattlaw.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard B. Rosenblatt | rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2025 | Form ID: pdfdbtr | Total Noticed: 1 |

US Trustee - Greenbelt
           USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 5

Entered: January 7th, 2025
Signed: January 6th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| In re: | |
|---|---|
| EXQUISITE QUARTERS, LLC, | Case No. 24-16212-LSS |
| Debtor. | Chapter 11 |

## CONSENT ORDER DISMISSING CASE

Upon consideration of the Motion to Convert Case to Chapter 7 or, in the Alternative to Dismiss Case, with the consent of the Debtor and WCP Funding I LLC as Servicer for Pacific RBLP Funding Trust, and cause existing to dismiss the case; IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the above captioned case be and hereby is DISMISSED.

READ AND CONSENT TO:

 /s/ Lynn A. Kohen
Lynn A. Kohen, Bar No. 10025
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Email: Lynn.a.kohen@usdoj.gov

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*


/s/ Linda A. Dorney
Linda M. Dorney, #12874
The Law Offices of Richard B. Rosenblatt, PC
30 Courthouse Square, Suite 302
Rockville, MD 20852
301-838-0098
ldorney@rosenblatt.com
*Counsel for Exquisite Quarters, LLC*

Copies to:

Lynn A. Kohen   lynn.a.kohen@usdoj.gov
Linda M. Dorney   ldorney@rosenblattlaw.com
Richard B. Rosenblatt   rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com;sgonzalez@rosenblattlaw.com;wilbertrr41309@notify.bestcase.com
US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV
Maurice Belmont VerStandig   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


Exquisite Quarters, LLC
20631 Highland Hall Drive
Montgomery Village, MD 20886

ACE American Insurance Company
c/o Chubb
202A Hall's Mill Road – 2E
Whitehouse Station, NJ 08880

US SEC
Atlanta Reg Office and Reorg
950 E. Paces Ferry Road, NE
Suite 900

Atlanta, GA 30326-1382

Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street
Suite 230
Baltimore, MD 21202-1626

IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Montgomery Village Foundation & Stedwick
10120 Apple Ridge Road
Montgomery Village, MD 20886-1000

Lendr
670 N. Clark Street
Floor 2
Chicago, IL 60654-3736

State of Maryland
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Suite L-15
Rockville, MD 20850-4188

US Attorney Office of the District of Maryland
35 S. Charles Street
4th Floor
Baltimore, MD 21201-3020

**END OF ORDER**